[No. 15519-6-III.    Division Three.    February 25, 1999.]

RICHARD E. ANDERSON, *Petitioner,* v. DONNA WILSON, *as Spokane County District Judge,* ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-02437-2, Robert D. Austin, J., entered January 16, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.

[Nos. 16645-7-III; 17303-8-III.    Division Three.    February 25, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. F. MARIE DELU, *Appellant.*

*In the Matter of the Personal Restraint of* F. MARIE DELU, *Petitioner.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 96-1-00374-1, Robert Leigh Zagelow, J., entered April 22, 1997, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 17090-0-III.    Division Three.    February 25, 1999.]

RICHARD E. ANDERSON, *Respondent,* v. DONNA WILSON, *as Spokane County District Judge,* ET AL., *Petitioners.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-02437-2, Robert D. Austin, J., entered January 15, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.